THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RAMIREZ, Appellant. [832 NYS2d 804]—Order, Supreme Court, Bronx County (John S. Moore, J.), entered on or about August 29, 2005, which adjudicated defendant a level two sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenge to the choice of risk factors made by the Legislature and the Board of Examiners of Sex Offenders is unavailing (*see People v Bligen*, 33 AD3d 489 [2006], *lv denied* 8 NY3d 803 [2007]; *People v Joe*, 26 AD3d 300 [2006], *lv denied* 7 NY3d 703 [2006]). There were no special circumstances warranting a downward departure (*see People v Guaman*, 8 AD3d 545 [2004]). Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.